65 A.3d 916

John SPENCER, Petitioner

v.

**COMMONWEALTH OF PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 20 EM 2013.**

Supreme Court of Pennsylvania.

May 1, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of May, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

65 A.3d 916

**Robert Lee HOLMAN, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation and Parole, Pennsylvania Department of Corrections, Mike Wenerowicz, Warden, Respondents.**

**No. 29 EM 2013.**

Supreme Court of Pennsylvania.

May 2, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of May, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**